UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:14-bk-10801-ABB

In re:

    Christine Victoria Martin
        Debtor
_____/

____X____  **Chapter 13 Plan**    _____  **Amended Chapter 13 Plan**

    COMES NOW, the Debtor and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 – 60 (October, 2014 – September, 2019) | $ 1,245.00 |

    The Debtor shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Paul F. Daley |  | $ 166.85 | 1 – 6 |
|     Bankruptcy | $ 1,750.00 | $ 116.85 | 7 – 25 |
|     Mediation | $ 1,500.00 | $ 28.75 | 26 |
|     Court Monitoring | $ 2,700.00 | $ 50.00 | 7 – 60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

None

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Space Coast CU | $ 195.782.00 | $ 953.62 | 1 – 60 |
|    Mediation Requested | | | |
|    Original Mortgage Prior to Fraudulent Mortgage | | | |
| Viera East HOA | $ 160.00 | $ 40.00 | 27 |
| | | $ 115.00 | 28 |
| | | $ 5.00 | 29 |
| Viera East Village HOA | $ 160.00 | $ 85.00 | 26 |
| | | $ 75.00 | 27 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

None

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

None

**Property to Be Surrendered:**

**Creditor Name:**                              **Property Address/Description:**

None

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Solar Energy | $ 1.00 | $ 0.00 | 1 – 60 |
|    Mechanic's Lien – No Release Filed Strip | | | |

**Executory Contracts:**

**The following Executory Contracts are assumed**

**Name of Creditor:**         **Description of Collateral:**         **Month Numbers**:

None

**The following Executory Contracts are rejected**:
**Name of Creditor:**         **Description of Collateral:**         **Month Numbers**:

None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: _5_%

Property of the Estate revests in the Debtor upon confirmation of the plan.

**Real Estate Taxes:** Property taxes will be included in an escrow account on the property following mediation and will be paid in accordance with Florida law pursuant to Fla Stat ch 501.137 on retained property.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor was furnished by United States mail, postage prepaid or electronic transmission, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 1st day of October 2014.

/s/ Paul F. Daley
**PAUL F. DALEY**
7331 Office Park Place, Ste 3
Viera, FL  32940
Florida Bar No.: 25861
Tel (321) 504-9935
Fax (321) 504-9936
Counsel for the Debtor
Staff@DaleyLaw.com