| DUE DATE | 14-10801 B | Martin | | 10.0% | | | SCCU | Viera East | Viera Village | Solar Energy |
|---|---|---|---|---|---|---|---|---|---|---|
| 23rd | 9/24/2014 | Unsecured | Debtor Pmt | Tee Fee | ATTY | Monitoring | 1st Mtg | HOA | HOA | Mech Lien |
| | 60 | 60 | | | $3,250.00 | $2,700.00 | $195,782.00 | $160.00 | $160.00 | $1.00 |
| 10/24/2014 | 1 | $0.03 | $1,245.00 | $124.50 | $166.85 | | $953.62 | | | 1 at Strip |
| 11/24/2014 | 2 | $0.03 | $1,245.00 | $124.50 | $166.85 | | $953.62 | | | |
| 12/24/2014 | 3 | $0.03 | $1,245.00 | $124.50 | $166.85 | | $953.62 | | | |
| 1/24/2015 | 4 | $0.03 | $1,245.00 | $124.50 | $166.85 | | $953.62 | | | |
| 2/24/2015 | 5 | $0.03 | $1,245.00 | $124.50 | $166.85 | | $953.62 | | | |
| 3/24/2015 | 6 | $0.03 | $1,245.00 | $124.50 | 6 at $166.85 | 6 at | $953.62 | | | |
| 4/24/2015 | 7 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 5/24/2015 | 8 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 6/24/2015 | 9 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 7/24/2015 | 10 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 8/24/2015 | 11 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 9/24/2015 | 12 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 10/24/2015 | 13 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 11/24/2015 | 14 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 12/24/2015 | 15 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 1/24/2016 | 16 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 2/24/2016 | 17 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 3/24/2016 | 18 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 4/24/2016 | 19 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 5/24/2016 | 20 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 6/24/2016 | 21 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 7/24/2016 | 22 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 8/24/2016 | 23 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 9/24/2016 | 24 | $0.03 | $1,245.00 | $124.50 | $116.85 | $50.00 | $953.62 | | | |
| 10/24/2016 | 25 | $0.03 | $1,245.00 | $124.50 | 19 at $116.85 | $50.00 | $953.62 | | 25 at | |
| 11/24/2016 | 26 | $3.13 | $1,245.00 | $124.50 | 1 at $28.75 | $50.00 | $953.62 | 26 at | 1 at $85.00 | |
| 12/24/2016 | 27 | $1.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | 1 at $40.00 | 1 at $75.00 | |
| 1/24/2017 | 28 | $1.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | 1 at $115.00 | | |
| 2/24/2017 | 29 | $111.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | 1 at $5.00 | | |
| 3/24/2017 | 30 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 4/24/2017 | 31 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 5/24/2017 | 32 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 6/24/2017 | 33 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 7/24/2017 | 34 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 8/24/2017 | 35 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 9/24/2017 | 36 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 10/24/2017 | 37 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 11/24/2017 | 38 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 12/24/2017 | 39 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 1/24/2018 | 40 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 2/24/2018 | 41 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 3/24/2018 | 42 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 4/24/2018 | 43 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 5/24/2018 | 44 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 6/24/2018 | 45 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 7/24/2018 | 46 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 8/24/2018 | 47 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 9/24/2018 | 48 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 10/24/2018 | 49 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 11/24/2018 | 50 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 12/24/2018 | 51 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 1/24/2019 | 52 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 2/24/2019 | 53 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 3/24/2019 | 54 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 4/24/2019 | 55 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 5/24/2019 | 56 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 6/24/2019 | 57 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 7/24/2019 | 58 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 8/24/2019 | 59 | $116.88 | $1,245.00 | $124.50 | | $50.00 | $953.62 | | | |
| 9/24/2019 | 60 | $116.88 | 60 at $1,245.00 | $124.50 | | 54 at $50.00 | 60 at $953.62 | | | |
| | | $3,742.80 | $74,700.00 | $7,470.00 | $3,250.00 | $2,700.00 | $57,217.20 | $160.00 | $160.00 | |
| | | $77,709.45 | | | $3,250.00 | | $195,782.00 | $ 160.00 | $ 160.00 | $ 1.00 |
| | | 5% | | | | | Mediation | | | Strip |