UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                      CASE NO.: 6:14-bk-10801-ABB
**CHRISTINE VICTORIA MARTIN**
    Debtor(s)
_____/

## DEBTOR'S MOTION TO SET MEDIATION
## FOR MODIFICATION OF DEBTOR'S MORTGAGE

Debtor, **Christine Victoria Martin**, requests entry of an order referring the Debtor and Space Coast Credit Union, account ending xxxx4103, to mortgage modification mediation and in support state:

1.    Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on September 23, 2014 in an attempt to retain her primary residence.

2.    The Debtor would like to modify the terms of the mortgage encumbering her primary residence. The Debtor's income will allow her to contribute as much as 31 percent of her current gross income to payment of her modified mortgage debt.

3.    Mediation pursuant to local rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

4.    Debtors will pay the mediation cost prior to attending any scheduled mediation.

5.    Debtor's attorney requests that he be awarded an additional $1,500.00 for the additional work in modifying Debtor's plan, attending and preparing for mediation of the mortgage modification.

**WHEREFORE,** the Debtor requests the entry of an order referring this case to mediation and for such other and further relief as this court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Electronic Transmission or U.S. Mail to: Laurie K. Weatherford, Post Office Box 3450, Winter Park, FL 32790; U.S. Trustee, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, Florida 32801-2217; and Space Coast Credit Union, c/o Alexis S. Read, Esq., 25 SE Second Avenue, Suite 730, Miami, FL 33131 on this 9th day of December, 2014.

/s/ Paul F. Daley
**PAUL F. DALEY**
7331 Office Park Place, Suite 3
Viera, Florida 32940
Florida Bar No.: 25861
Telephone (321) 504-9935
Fax (321) 504-9936
Email: staff@daleylaw.com
Counsel for the Debtors