B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Christine Victoria Martin**　　　　　　　　　　　　　　　　　Case No.  **6:14-bk-10801**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Solar Energy Systems | **Describe Property Securing Debt:**<br>Homestead<br>1853 Surrey Court, Viera, Florida 32955<br>Plat Book/Page: 0046/0023, Sub Name: BENNINGTON PHASE 1 PLAT OF VIERA NORTH P.U.D. TRAC  LOT 2 BLOCK 2<br><br>intention: retain<br>property is occupied by debtor |

Property will be (check one):
　■ Surrendered　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Space Coast Credit Union | **Describe Property Securing Debt:**<br>Homestead<br>1853 Surrey Court, Viera, Florida 32955<br>Plat Book/Page: 0046/0023, Sub Name: BENNINGTON PHASE 1 PLAT OF VIERA NORTH P.U.D. TRAC  LOT 2 BLOCK 2<br><br>intention: retain<br>property is occupied by debtor |

Property will be (check one):
　■ Surrendered　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Viera East Community Association | **Describe Property Securing Debt:**<br>Homestead<br>1853 Surrey Court, Viera, Florida 32955<br>Plat Book/Page: 0046/0023, Sub Name: BENNINGTON PHASE 1 PLAT OF VIERA NORTH P.U.D. TRAC  LOT 2 BLOCK 2<br><br>intention:  retain<br>property is occupied by debtor |

Property will be (check one):
 ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Viera East Villages District Association | **Describe Property Securing Debt:**<br>Homestead<br>1853 Surrey Court, Viera, Florida 32955<br>Plat Book/Page: 0046/0023, Sub Name: BENNINGTON PHASE 1 PLAT OF VIERA NORTH P.U.D. TRAC  LOT 2 BLOCK 2<br><br>intention:  retain<br>property is occupied by debtor |

Property will be (check one):
 ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08)

Page 3

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  2-19-15                           Signature  *Christine Martin*
                                        **Christine Victoria Martin**
                                        Debtor